**RANDALL M. RUMPH** (State Bar No. 232235)
(Email:  rmrlaw10@sbcglobal.net)
1401 - 19th Street, Suite 200
Bakersfield, CA  93301
Telephone:  661-322-4600; Facsimile:  661-322-8478

Attorneys for Plaintiffs ORLANDO SALVATORE and KIRK NICKLAUS

**SEYFARTH SHAW LLP**
Karen A. Rooney (State Bar No. 96013)
(E-mail: krooney@seyfarth.com)
2029 Century Park East, Suite 3500
Los Angeles, California  90067-3021
Telephone:  (310) 277-7200; Facsimile:  (310) 201-5219

Attorneys for Defendant BEST BUY STORES, L.P.,
erroneously sued as BEST BUY CO., INC.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORLANDO SALVATORE and KIRK NICKLAUS, individuals,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>BEST BUY CO., INC. DOING BUSINESS IN CALIFORNIA AS MN BEST BUY CO., INC.; DOES 1 THROUGH 5<br><br>　　　　　　　　Defendant. | Case No. 10-cv-01845-OWW-JLT<br><br>**STIPULATION AND ORDER FOR VDRP REFERRAL** |

Plaintiffs ORLANDO SALVATORE and KIRK NICKLAUS ("plaintiffs") and Defendant BEST BUY CO., INC. ("defendant"), by and through their respective counsel, hereby submit this Stipulated Order for VDRP Referral.

1.　　The parties propose that the VDRP process be completed by May 30, 2011, and that the Neutral file confirmation of that completion by June 15, 2011.

2.　　The parties agree to stay discovery and the following pretrial activity pending VDRP: all discovery, included but not limited to, depositions and all forms of written discovery; and all motion practice.

///

Dated:  March 3, 2011					RANDALL M. RUMPH


							By     /s/  Randall M. Rumph
							       Randall M. Rumph
							Attorneys for Plaintiffs Orlando Salvatore
							and Kirk Nicklaus

Dated:  March 3, 2011					SEYFARTH SHAW LLP


							By     /s/ Karen A. Rooney
							       Karen A. Rooney
							Attorneys for Defendant Best Buy Stores,
							L.P.

  Based on the foregoing and good cause appearing therefore, the stipulation of the Parties is accepted and made the order of this Court.

IT IS SO ORDERED.

 Dated:   **March 3, 2011**					**/s/ Oliver W. Wanger**
							UNITED STATES DISTRICT JUDGE