IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORLANDO SALVATORE et al., | CASE NO. 1:10-cv-01845 OWW JLT |
| Plaintiffs, | |
| v. | ORDER AFTER SETTLEMENT |
| BEST BUY CO., INC, et al., | |
| Defendants, | |

At their settlement conference held on May 25, 2011, the parties agreed on the record that a settlement has been reached and outlined the primary terms of the settlement.

Pursuant to this Court's Local Rule 160, this Court ORDERS:

1. No later than June 6, 2011, Defendant Best Buy will provide Plaintiffs' counsel a draft settlement agreement;

2. Plaintiffs' counsel will immediately report any changes requested to the settlement agreement to counsel for Best Buy. If no changes are requested, Plaintiffs' counsel will obtain Plaintiffs' signatures on the settlement agreement as soon as possible and return the executed agreement to counsel for Best Buy;

3. Within 10 days receipt by counsel for Best Buy, of the executed settlement agreement, Best Buy shall issue payment to Plaintiffs as described in the settlement agreement;

4.     No later than July 1, 2011, counsel SHALL file a stipulated request for dismissal;

5.     All pending dates are **VACATED.**

Failure to comply with this order may be grounds for the imposition of sanctions on counsel or parties who contributed to violation of this order.  *See* Local Rules 110, 160 and 272.

IT IS SO ORDERED.

Dated:   **May 26, 2011**                                                    /s/ Jennifer L. Thurston
                                                                      UNITED STATES MAGISTRATE JUDGE