**RANDY RUMPH**  (SBN: 232235)
1401 - 19TH STREET, SUITE 200
BAKERSFIELD, CALIFORNIA   93301
PHONE: (661) 322-4600

ATTORNEY FOR PLAINTIFFS

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ORLANDO SALVATORE and KIRK NICKLAUS, individuals,**<br><br>PLAINTIFFS,<br>vs.<br><br>**BEST BUY CO, INC. DOING BUSINESS IN CALIFORNIA AS MN BEST BUY CO., INC.; DOES 1 THROUGH 5**<br><br>DEFENDANT. | CASE NO. 1:10-cv-01845 OWW (JLT)<br><br>**STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE** |

COME NOW Plaintiffs Orlando Salvatore and Kirk Nicklaus, and Defendant, Best Buy Co., Inc. Dba MN Best Buy Co., Inc., by and through their attorneys, and hereby stipulate all claims presented by Plaintiffs' Complaint and Plaintiffs' entire action shall be dismissed with prejudice as to all parties pursuant to Rule 41 of the Federal Rules of Civil Procedure. Each party shall bear its own attorney's fees and costs.

| | |
|---|---|
| LAW OFFICE OF RANDY RUMPH | SEYFARTH SHAW, LLP |
| /s/ Randy Rumph | /s/ Karen Rooney |
| Randy Rumph | Karen Rooney |
| 1401 19th Street | 2020 Century Park East |
| Suite 200 | Suite 3500 |
| Bakersfield, California 93301 | Los Angeles, CA 90067 |
| Attorney for Plaintiffs | Attorneys for Defendant |

**ORDER**

The parties to this action having stipulated through their designated counsel, the above captioned action shall be and hereby is dismissed, with prejudice, pursuant to Federal Rules of Civil Procedure, 41(a)(1). The clerk of the court is directed to close out this action in its entirety.

IT IS SO ORDERED.

**Dated:   June 27, 2011**              **/s/ Oliver W. Wanger**
                                                       UNITED STATES DISTRICT JUDGE